UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| BLEASE E. WHITE, JR., | ) |
|---|---|
| Petitioner, | ) |
| v. | ) Case No. 3:17-CV-805-PPS-MGG |
| WARDEN, | ) |
| Respondent. | ) |

## OPINION AND ORDER

Blease E. White, Jr., a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in ISP 17-04-304 where a Disciplinary Hearing Officer (DHO) at the Indiana State Prison found him guilty of possession or use of a controlled substance in violation of B-202 on May 2, 2017. ECF 1 at 1. As a result, White was sanctioned with the loss of 30 days earned credit time. *Id*.

After White filed his petition, the finding of guilt and sanctions were vacated. ECF 5-6. The Warden has filed a motion to dismiss because this case is now moot. ECF 5. White did not file a response and the time for doing so has passed. *See* N.D. Ind. L. Cr. R. 47-2. Regardless, the Court cannot overturn the disciplinary proceeding and restore his time because the Indiana Department of Correction has already vacated the proceeding and restored his time. That is to say, White has already won and there is no case left for this court to decide. Accordingly, this case must be dismissed. *See generally Hadley v. Holmes*, 341 F.3d 661, 664-65 (7th Cir. 2003) (not

ing that a prisoner can challenge prison disciplinary determination in habeas

proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the motion (ECF 5) is **GRANTED** and the case is **DISMISSED**. The clerk is **DIRECTED** to close this case.

**SO ORDERED** on March 19, 2018.

/s Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT